# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-1163

———————————————

AARON KENNY WHITE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
Gary L. Bergosh, Judge.

February 20, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Andy Thomas, Public Defender, M.J. Lord, Assistant Public Defender, Tallahassee, for Appellant.

Ashley B. Moody, Attorney General, Tabitha Rae Herrera, Assistant Attorney General, Tallahassee, for Appellee.